IN THE UNITED STATED DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| SARAH TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR GREEN AND CARRIER ONE, INC.,<br><br>Defendants. | Civil Action No.: 9:26-cv-3693-RMG<br><br>**NOTICE OF REMOVAL** |

Defendants Arthur Green and Carrier One, Inc., (hereinafter "Defendants") jointly file this petition and Notice of Removal to the United States District Court for the District of South Carolina, Beaufort Division, pursuant to, inter alia, 28 U.S.C. §§ 1332, 1441, and 1446. Defendants would respectfully show:

1. Plaintiff, Sarah Taylor (hereinafter, "Plaintiff") commenced this action against Defendants by filing the Complaint, in the Court of Common Pleas, Fourteenth Judicial Circuit, Jasper County, South Carolina on July 24, 2026. A copy of the filed Complaint is attached as Exhibit A.

2. On information and belief, service was attempted of the Summons and Complaint upon Defendant Arthur Greene, via Federal Express, Tracking No.: 875016675622, at his address at 1058 Koby Street, New Braunfels, TX 78130, and was received by Arthur Green on or about August 2, 2026. The Affidavit of Service upon Mr. Green is attached as Exhibit B.

3. Service was attempted of the Summons and Complaint upon the agent of Defendant Carrier One, Inc., via personal service by Process Server and was received by the agent of Carrier

One, Inc. on August 5, 2026. The Affidavit of Service upon the agent of Carrier One, Inc. is attached as Exhibit C.

4. Defendants filed their Answer to the Complaint in the State Court, attached herewith as Exhibit D.

5. Plaintiff alleges she is a citizen and resident of the State of Florida (Complaint, Paragraph 1).

6. Defendant Arthur Green is a citizen and resident of the State of Texas.

7. Defendant Carrier One, Inc. is a corporation formed in the State of Delaware and with its principal place of business in the State of Indiana.

8. This action arises from a vehicular incident in Jasper County, South Carolina on or about December 27, 2025.

9. Plaintiff's Complaint alleges that as a result of the vehicular incident, Plaintiff "… was injured and underwent medical treatment . . . . incurred past and future medical expenses, suffered emotional distress and anxiety, endured physical pain and suffering, suffered mental anguish, suffered loss of enjoyment of life, to the detriment of her physical health and mental wellbeing....and that Plaintiff is entitled to compensatory and consequential damages for personal injuries and property damage. (Complaint, Paragraphs 16, 17, 23, and 24). Plaintiff seeks punitive damages. (Complaint, Paragraphs 18, 25, 29, 35, and 43).

10. Based upon the nature, extent, and type of injuries, losses, and compensatory and punitive damages claimed or to be claimed by Plaintiff, Defendants are informed and believe that the amount in controversy in this action exceeds $75,000.00, exclusive of interests and costs.

11. Plaintiff's claims against Defendants are purported to exist and arise under South Carolina law.

12. Complete diversity of citizenship exists between Plaintiff and Defendants.

13. Venue is proper in this Division pursuant to Local Rule 3.01 (DSC) because the vehicular incident and a substantial part of the events or omissions allegedly occurred in this Division.

14. This action is hereby removed within 30 days of effecting of service of the Complaint on Defendants.

15. Defendants have filed, or will file imminently, a notice of this removal of this action with the Clerk of Court for the Court of Common Pleas of Jasper County, South Carolina and will serve counsel for Plaintiff.

**WHEREFORE**, Defendants pray this Court accept this petition and Notice of Removal, that this Court take jurisdiction of this cause, and that all further proceedings in the Court of Common Pleas, Fourteenth Judicial Circuit, County of Jasper, State of South Carolina, be stayed.

Respectfully submitted,

Barnwell Whaley Patterson & Helms, LLC

*/s/ R. Scott Wallinger, Jr.*
R. Scott Wallinger, Jr., Esq.
Fed. Id. 5868
211 King St., Ste. 300
Charleston, SC 29401
O: (843) 577-7700
F: (843) 577.7708
swallinger@barnwell-whaley.com

***Counsel for Defendants Arthur Green and Carrier One, Inc.***

August 27, 2026

Charleston, South Carolina