EXHIBIT B

ELECTRONICALLY FILED - 2026 Aug 03 1:36 PM - JASPER - COMMON PLEAS - CASE#2026CP2700408

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF JASPER | ) | IN THE COURT OF COMMON PLEAS<br><br>Civil Action No. 2026CP2700408 |
| SARAH TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR GREEN AND CARRIER ONE INC.,<br><br>Defendants. | ) | **AFFIDAVIT OF SERVICE** |

Personally appeared before me the affiant who, being duly sworn, states that she is over eighteen years of age and is an employee of Morgan & Morgan, P.A. On July 29th, 2026, the affiant served (1) the Summons and Complaint, (2) Plaintiff's First Interrogatories to Defendant, and (3) Plaintiff's First Requests for Production to Defendant in this action on Defendant Arthur Green. by depositing those documents with the commercial delivery service Federal Express, tracking number 875016675622, to be delivered to1058 Koby Street, New Braunfels, Texas 78130. The delivery record for that tracking number, attached as **Exhibit A,** shows that Defendant Arthur Green received and signed for the delivery on August 2nd, 2026, at 2:03 PM EST.

Sworn to before me this
3rd Day of August, 2026

[signature]
Notary Public of South Carolina

My Commission expires: 1-18-2033

COURTNEY S. DAUGHERTY NOTARY PUBLIC COMM. EXP. 01-18-2033 SOUTH CAROLINA

[signature]
Affiant Signature

EXHIBIT B

ELECTRONICALLY FILED - 2026 Aug 03 1:36 PM - JASPER - COMMON PLEAS - CASE#2026CP2700408

**EXHIBIT A**

FedEx

EXHIBIT B

August 03, 2026

ELECTRONICALLY FILED - 2026 Aug 03 1:36 PM - JASPER - COMMON PLEAS - CASE#2026CP2700408

Dear Customer,

The following is the proof-of-delivery for tracking number: 875016675622

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | J.JONES | **Delivery Location:** | 1058 KOBY ST |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery;<br>Direct Signature Required | | NEW BRAUNFELS, TX, 78130 |
| | | **Delivery date:** | Aug 2, 2026 13:03 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 875016675622 | **Ship Date:** | Jul 29, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Arthur Green,
1058 KOBY ST
NEW BRAUNFELS, TX, US, 78130

**Shipper:**
MORGAN & MORGAN PA
4401 Belle Oaks Dr Fl 3
NORTH CHARLESTON, SC, US, 29405




Thank you for choosing FedEx