EXHIBIT C

ELECTRONICALLY FILED - 2026 Aug 06 4:36 PM - JASPER - COMMON PLEAS - CASE#2026CP2700408

# AFFIDAVIT OF SERVICE

**State of South Carolina** **County of Jasper** **Common Pleas Court**

Case Number: 2026CP2700408

Plaintiff:
**Sarah Taylor**

vs.

Defendant:
**Arthur Green and Carrier One Inc.**

For:
Jonathan Graham
Morgan and Morgan
4401 Belle Oaks Drive
3rd Floor
North Charleston, SC 29405

Received these papers to be served on **Carrier One Inc., 4324 Wade Hampton Blvd, Suite B, Taylors, SC 29687**.

I, Matt Sparrow, being duly sworn, depose and say that on the **5th day of August, 2026** at **9:51 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and Complaint; Plaintiff's First Interrogatories to Defendant Company; Party's Verification of Interrogatory Responses; Plaintiff's First Requests for Production of Documents to Defendant Company** with the date and hour of service endorsed thereon by me, to: **Rob Moseley** as **Registered Agent** at the address of: **4324 Wade Hampton Blvd, Suite B, Taylors, SC 29687**, who stated they are authorized to accept service for **Carrier One Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

____________________
**Matt Sparrow**
Process Server

Subscribed and Sworn to before me on the 6 day of August, 2026 by the affiant who is personally known to me.

Tracey Lee Lell
NOTARY PUBLIC

Tracey lee Lell
PRINT NAME

NOTARY PUBLIC 12/10/2029

Our Job Serial Number: JET-2026000232

TRACEY LEE LELL
Notary Public
State of South Carolina
My Commission Expires Dec 10, 2029

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V